[No. 11892.   Department One. — August 16, 1887.]

FANNIE FARIS ET AL., RESPONDENTS, v. DAVID LAMPSON ET AL., APPELLANTS.

APPEAL—FAILURE OF APPELLANT TO FILE POINTS AND AUTHORITIES—AFFIRMANCE WITHOUT EXAMINATION OF RECORD. — Where no oral argument is had, and the appellant fails to file any points or authorities, the judgment appealed from will be affirmed without an examination of the record.

APPEAL from a judgment of the Superior Court of Calaveras County.

The facts are stated in the opinion.

*Wesley K. Boucher,* for Appellants.

*J. A. Louttit, S. D. Woods,* and *A. L. Levinsky,* for Respondents.

FOOTE, C. — In this case no oral argument was had, nor did the appellants file any points or authorities; and having thus omitted to point out the errors of which they complain, the judgment should be affirmed without an examination of the record. (*Mokelumne H. C. M. Co.* v. *Woodbury,* 10 Cal. 188; *Edmondson* v. *Alameda Co.,* 24 Cal. 350; *Holm* v. *Roach,* 25 Cal. 37; *Hickinbotham* v. *Monroe,* 28 Cal. 489; *Brewster* v. *Johnson,* 51 Cal. 222; *Estate of Montgomery,* 59 Cal. 583.)

BELCHER, C. C., and HAYNE, C., concurred.

The COURT. — For the reasons given in the foregoing opinion, judgment affirmed.